UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**1021018 ALBERTA LTD.;**

       **Plaintiff,**

v.

**INTEGRACLICK, LLC; a Florida Limited liability corporation, d/b/a Clickbooth.com; CLICKBOOTH.COM, LLC, a Florida limited liability corporation; INTEGRACLICK, INC., a Delaware Corporation, d/b/a Clickbooth.com; JOHN LEMP; LEE AHO; GRAHAM GOCHNEAUR; JOSEPH CARANO; and DOES 1 through 20, inclusive;**

       **Defendants.**
_____/

U.S. District Court for the Middle District of Florida, Tampa Division
Case No.:  8:10-cv-00047-JSM-EAJ

Case No.:

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER

This action comes before the Court upon Defendants' Emergency Motion for Protective Order.  Upon consideration of that Motion and argument of Counsel, and the Court having reviewed the file and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Emergency Motion for Protective Order is GRANTED.

2. Production under the subpoena issued to Digital River Marketing Solutions, Inc. shall be limited, as follows:

    Request No. 1:  Documents showing the Clickbooth.com Advertiser Code for Carano, only.  Documents which contain the Clickbooth.com Advertiser Code for other customers or unrelated campaigns should not be produced, or the Codes should be redacted.

    Request No. 2:  Documents relating to the advertising campaign referred to as "Profit Success Kit", which is the subject of the copyright infringement claim

in the Second Amended Complaint, attached hereto as Exhibit "B", with the Clickbooth.com Network publishers' identifying information, redacted.

<u>Request No. 3</u>:  Documents regarding the "click, sales, and redirection of Internet traffic" should be redacted to prevent disclosure of: the publisher's identifying information (name, address, phone number, and internet links) and payment information.

Dated at _____, Pennsylvania, this \_\_\_ day of July, 2010.

_____
U.S. District Court Judge

Copies to:

Jonathan S. McAnney, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222-5401

Richard E. Fee, Esq.
Fee & Jeffries, P.A.
1227 N. Franklin Street
Tampa, Florida 33629

Karl S. Kronenberger, Esq.
Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, California 94108

Kenneth G. Turkel, Esq.
Bajo Cuva P.A.
100 N. Tampa Street, Suite 1900
Tampa, Florida 33602